**STATE of Missouri, Respondent,**

v.

**Miguel HORN, Appellant.**

**No. WD 45006.**

Missouri Court of Appeals,
Western District.

June 2, 1992.

Lew Kollias, Columbia, for appellant.

Kevin M.J. Crane, Asst. Pros. Atty., Columbia, for respondent.

Before HANNA, P.J., and FENNER and ULRICH, JJ.

## ORDER

PER CURIAM:

Appeal from a conviction of trespass in the first degree, § 569.140, RSMo 1986.

Affirmed. Rule 30.25(b).